| | |
|---|---|
| 1 | **ROPES & GRAY LLP** |
| | James R. Batchelder (CSB # 136347) |
| 2 | David S. Chun (CSB # 315958) |
| | Daniel W. Richards (CSB # 280595) |
| 3 | 1900 University Ave. Sixth Floor |
| 4 | East Palo Alto, CA 94303-2284 |
| | Tel: (650) 617-4000 |
| 5 | james.batchelder@ropesgray.com |
| | david.chun@ropesgray.com |
| 6 | daniel.richards@ropesgray.com |
| 7 | *Attorneys for Plaintiff Becton, Dickinson and Company* |
| 8 | |
| 9 | **[See signature page for complete list of parties represented]** |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, | C.A. No. 3:18-cv-00933-MMC |
| Plaintiff / Counterclaim-Defendant | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| CYTEK BIOSCIENCES INC., MING YAN, ALFRED RILEY, DAVID VRANE, ZHENYU ZHANG, ZHENXIANG GONG, ALEX ZHONG, MARIA JAIMES, GIL REININ, and JANELLE SHOOK, | |
| Defendants / Counterclaim-Plaintiff. | |

# STIPULATION

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated therein against all parties, with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED**

October 8, 2020

Respectfully submitted,

| | |
|---|---|
| /s/    James R. Batchelder | /s/    Jeffrey S. Karr |
| **ROPES & GRAY LLP** | **COOLEY LLP** |
| James R. Batchelder (CSB # 136347) | STEPHEN C. NEAL (170085) |
| David S. Chun (CSB # 315958) | (sneal@cooley.com) |
| Daniel W. Richards (CSB # 280595) | JEFFREY S. KARR (186372) |
| 1900 University Ave. Sixth Floor | (jkarr@cooley.com) |
| East Palo Alto, CA 94303-2284 | MATTHEW E. BUCCELLATO (296079) |
| Tel: (650) 617-4000 | (mbuccellato@cooley.com) |
| Fax: (650) 617-4090 | 3175 Hanover Street |
| james.batchelder@ropesgray.com | Palo Alto, CA  94304-1130 |
| david.chun@ropesgray.com | Telephone:     (650) 843-5000 |
| daniel.richards@ropesgray.com | Facsimile:      (650) 849-7400 |
| | |
| Mark S. Popofsky (CSB # 175476) | MARTIN S. SCHENKER (109828) |
| Anne Johnson Palmer (CSB # 302235) | (mschenker@cooley.com) |
| ROPES & GRAY LLP | 101 California Street, 5th Floor |
| Three Embarcadero Center | San Francisco, CA 94111-5800 |
| San Francisco, CA 94111-4006 | Telephone:    (415) 693-2000 |
| Tel: (415) 315-6300 | Facsimile:     (415) 693-2222 |
| Fax: (415) 315-6350 | |
| mark.popofsky@ropesgray.com | ADAM S. GERSHENSON (*pro hac vice*) |
| anne.johnsonpalmer@ropesgray.com | (agershenson@cooley.com) |
| | DANE R. VORIS (281051) |
| Peter M. Brody (*pro hac vice*) | (dvoris@cooley.com) |
| 2099 Pennsylvania Ave. NW | 500 Boylston Street, 14th Floor |
| Washington, DC 20006-6807 | Boston, MA 02116 |
| Tel: (202) 508-4600 | Telephone:    (617) 937-2300 |
| Fax: (202) 508-4650 | Facsimile:     (617) 937-2400 |
| peter.brody@ropesgray.com | |
| | **ROPERS, MAJESKI, KOHN & BENTLEY** |
| | TODD A. ROBERTS (129722) |
| | (todd.roberts@rmkb.com) |
| | EDWIN B. BARNES (295454) |
| | (edwin.barnes@rmkb.com) |

| | |
|---|---|
| Kevin D. Sullivan (CSB # 270343)<br>EPSTEIN BECKER & GREEN, P.C.<br>1925 Century Park East, Suite 500<br>Los Angeles, CA 90067<br>Telephone: 310–556–8861<br>Facsimile: 310–553–2165<br>ksullivan@ebglaw.com<br><br>*Attorneys for Plaintiff Becton, Dickinson and Company* | 1001 Marshall Street, Suite 500<br>Redwood City, CA 94063-2052<br>Telephone:  (650) 364-8200<br>Facsimile:   (650) 780-1701<br><br>*Attorneys for Defendant Cytek Biosciences Inc.*<br><br>/s/ Allan J. Gomes<br>**ANDERIES & GOMES LLP**<br>Allan J. Gomes (SBN 225810)<br>Shane K. Anderies (SBN 215415)<br>601 Montgomery St, Ste. 888<br>San Francisco, CA 94111<br>Telephone: (415) 217-8802<br>Fax: (415) 217-8803<br>agomes@andgolaw.com<br>sanderies@andgolaw.com<br><br>*Attorneys for Defendants Ming Yan, Alfred Riley, David Vrane, Zhenyu Zhang, Zhenxiang Gong, Alex Zhong, Maria Jaimes, Gil Reinin, and Janelle Shook* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  October 9, 2020

_____
HON. MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE